FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GABRIEL CHARLES SCHUMACHER, <br><br> Defendant. | No. 4:18-CR-06035-SMJ-1 <br><br> ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE <br><br> **ECF Nos. 24, 25** |

Before the Court are Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 24) and Motion to Expedite (ECF No. 25). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 25) is GRANTED.

2. The Motion to Modify Conditions of Release (ECF No. 24) is GRANTED.

3. Defendant's previously-imposed Special Condition of Release No. 10 shall be modified to read as follows: Defendant shall be restricted to his

ORDER - 1

approved residence every day from 8:00 PM to 8:00 AM, unless otherwise approved by the United States Probation Office.

4. All other previously-imposed conditions of release (ECF No. 11) shall remain in effect.

DATED August 1, 2018.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2