FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL CHARLES SCHUMACHER,<br><br>Defendant. | No. 4:18-CR-06035-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 30, 31** |

Before the Court are Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 30) and Motion to Expedite (ECF No. 31). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 31) is GRANTED.

2. The Motion to Modify Conditions of Release (ECF No. 30) is GRANTED.

3. Defendant's previously imposed conditions of release (ECF Nos. 11, 26)

ORDER - 1

shall be MODIFIED as follows:

    a. Special Condition of Release No. 9 is STRICKEN. Defendant shall no longer be subject to location monitoring.

    b. Special Condition of Release No. 10 is STRICKEN. Defendant shall no longer be restricted to his residence from 8:00 AM to 8:00 PM.

DATED October 9, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2